# EXHIBIT A

## Transfers from Debtor to Defendant

| Date | Amount |
|---|---|
| 11/25/16 | $65,328.21 |
| 12/9/16 | $74,827.20 |
| 12/23/16 | $60,689.94 |
| 1/20/17 | $66,238.57 |
| | $267,083.92 |