UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17-20526-TPA |
| UNIQUE VENTURES GROUP, LLC, | ) |
| | ) Chapter 11 |
| Debtor, | ) |
| | ) JUDGE THOMAS P. AGRESTI |
| | ) |
| ALBERT'S CAPITAL SERVICES, LLC, as | ) Adv. No: |
| Plan Administrator, | ) |
| | ) Doc. No.: |
| Plaintiff, | ) |
| | ) Related to Doc. No.: |
| vs | ) |
| | ) Hearing Date: |
| REINHART FOODSERVICE LLC, | ) |
| | ) Hearing Time: |
| Defendant. | ) |
| | ) |

**ORDER ON AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL AND FRAUDULENT TRANSFERS AND OBJECT TO <u>CLAIMS</u>**

Upon consideration of the *Amended Complaint to Avoid and Recover Transfers Pursuant to 11 USC §§ 544, 547, 548, and 550 and To Disallow Claim Pursuant to 11 USC § 502*, filed by Albert's Capital Services, LLC, as the Plan Administrator (the "Plan Administrator") of the Chapter 11 bankruptcy of Unique Venture Group, LLC, and the Court having considered the Complaint, and good and sufficient cause appearing therefore, it is HEREBY:

**ORDERED**, that capitalized terms not defined herein shall have the meanings ascribed to them in the Complaint; and it is further

**ORDERED**, that the relief sought by Plan Administrator in its Complaint, and all counts thereof, be and the same is hereby granted; and it is further

**ORDERED**, that all Transfers made by the Debtor to the Defendant are hereby avoided as preferential transfers pursuant to section 547 of the Bankruptcy Code and shall be recovered from the Defendant pursuant to section 550 of the Bankruptcy Code and returned to the Plan Administrator; and it is further

**ORDERED**, that all Transfers made by the Debtor to the Defendant are hereby avoided as fraudulent transfers pursuant to section 548 of the Bankruptcy Code, and shall be recovered from the Defendant pursuant to section 550 of the Bankruptcy Code and returned to the Plan Administrator; and it is further

**ORDERED**, that judgment is hereby entered in favor of the Plan Administrator and against the Defendant in the amount of the Transfers, plus interest at the legal rate from the date of the Transfers, together with all costs of this action; and it is further

**ORDERED**, that the Claim is hereby disallowed in full until the Transfers are repaid to the Plan Administrator pursuant to section 502(d) of the Bankruptcy Code and the Plan; and it is finally

**ORDERED**, that the Plan Administrator shall be permitted to setoff any judgment obtained hereunder against any payment or distribution to be made on account of the Claim pursuant to the Plan.


Dated:_____                                      BY THE COURT:


                                        _____
                                        JUDGE THOMAS P. AGRESTI