**Form 165**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

5  
vson

In re:  
Unique Ventures Group, LLC    **Debtor(s)**

Bankruptcy Case No.: 17–20526–TPA  
Chapter: 11  
Adversary Proceeding No.: 18–02249–TPA

Albert's Capital Services, LLC, as Plan Administrator  
   **Plaintiff(s)**  
**vs.**  
Reinhart Foodservice, L.L.C.  
   **Defendant(s)**

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within **Complaint, Summons and First Pretrial Order** by (describe the mode of service):

on the defendant(s) at (List names and addresses here):

Executed on _____        _____  
            (Date)                                            (Signature)

_____  
(Type Name and Mailing Address of Person Who Made Service)