Form 315

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Unique Ventures Group, LLC** | : | Bankruptcy Case No.: 17–20526–TPA |
| *Debtor(s)* | : | Chapter: 11 |
| | : | Adversary Proceeding No.: |
| **Albert's Capital Services, LLC, as Plan Administrator** | : | 18–02249–TPA |
| | : | First Pretrial Hearing: Feb. 7, 2019 at |
| | : | 10:00 AM |
| | : | |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| **Reinhart Foodservice, L.L.C.** | : | |
| | : | |
| *Defendant(s).* | | |

## SUMMONS IN AN ADVERSARY PROCEEDING

To: Reinhart Foodservice, L.L.C.
   100 Harborview Plaza
   Suite 200
   La Crosse, WI 54601

**YOU ARE HEREBY SUMMONED AND REQUIRED TO FILE WITH THE CLERK OF THE BANKRUPTCY COURT** and serve upon the Plaintiff's attorney or Plaintiff, if no attorney, a *Motion* or *Answer* to the *Complaint* which is attached to this Summons ***within 30 days after the date of issuance of this Summons,*** except that the United States and its officers and agencies shall submit a Motion or Answer to the *Complaint* within 35 days. ***Electronic filing is mandatory*** in the Western District of Pennsylvania for attorneys entering an appearance. See *W.PA.LBR 5005–1.*

|  |  |
|---|---|
| Address of Clerk | Clerk, U.S. Bankruptcy Court |
| | 5414 U.S. Steel Tower |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |

If you file a Motion, then your time to answer the *Complaint* is governed by *Bankruptcy Rule 7012*.

***ANSWERS ARE DUE ON OR BEFORE January 22, 2019*** and ***N/A*** for the United States. ***FAILURE TO FILE*** an Answer may result in the Court entering a default judgment.

***IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.***

Dated: December 20, 2018         Michael R. Rhodes
                                 *Clerk, U.S. Bankruptcy Court*

