UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-20526-TPA |
| UNIQUE VENTURES GROUP, LLC, ) | |
| ) | Chapter 11 |
| Debtor, ) | |
| ) | JUDGE THOMAS P. AGRESTI |
| ) | |
| ALBERT'S CAPITAL SERVICES, LLC, as ) | Adv. No: 18-AP-02249-TPA |
| Plan Administrator, ) | |
| ) | Doc. No.: |
| Plaintiff, ) | |
| vs ) | Related to Doc. No.: |
| ) | |
| REINHART FOODSERVICE LLC, ) | Hearing Date: |
| ) | |
| Defendant. ) | Hearing Time: |
| ) | |

**MOTION REQUESTING REISSUANCE OF SUMMONS AND
<u>RESETTING OF INITIAL CASE DEADLINES</u>**

Albert's Capital Services, LLC, as the Plan Administrator (the "Plan Administrator") of the Chapter 11 bankruptcy of Unique Venture Group, LLC, respectfully requests the Court order the reissuance of the Summons and initial case documents in this matter. [Dkt. 5]. The reason for this request is that service of the Summons was not made due to counsel's inadvertent oversight and service of the Summons as-issued would present an immediate defense of improper service by the defendant. This request is made with the goal of avoiding unnecessary duplication of effort by the Court which could be avoided by reissuance of the Summons and its timely service by the below-signed. This request is also made in advance of the February 13, 2019, deadline for the commencement of adversary proceedings.

For the foregoing reasons, Albert's Capital Services, LLC, requests the Court order the reissuance of the Summons of this matter and the resetting of the answer date and pretrial dates thereof.

        Respectfully Submitted,
        **Ross M. Babbitt Co., LPA**

        /s/ Ross M. Babbitt
        Ross M. Babbitt (Ohio 0072946)
        (admitted *pro hac vice*)
        rbabbitt@babbitt-lawfirm.com
        1382 West 9th Street, Suite 220
        Cleveland, Ohio  44113
        (216) 623-6346

        *Special Litigation Counsel for Plaintiff Albert's Capital Services, LLC, Plan Administrator to Unique Ventures Group, LLC*

        and

        WHITEFORD, TAYLOR & PRESTON LLP

        /s/ Daniel R. Schimizzi
        Michael J. Roeschenthaler (PA ID No. 87647)
        Daniel R. Schimizzi (PA ID No. 311869)
        200 First Avenue, Third Floor
        Pittsburgh, PA  15222
        T: (412) 275-2401
        F: (412) 275(2404)

        *Counsel to Plaintiff Albert's Capital Services, LLC, Plan Administrator to Unique Ventures Group, LLC*

## **CERTIFICATE OF SERVICE**

The foregoing was filed electronically and served by operation of the Court's electronic filing system this 11th day of January, 2019.

                                                ___/s/ Ross M. Babbitt_____
                                                     **Counsel for Plaintiff**