FILED
1/14/19 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17-20526-TPA |
| UNIQUE VENTURES GROUP, LLC, | ) |
| | ) Chapter 11 |
| Debtor, | ) |
| | ) JUDGE THOMAS P. AGRESTI |
| | ) |
| ALBERT'S CAPITAL SERVICES, LLC, as | ) Adv. No: 18-AP-02249-TPA |
| Plan Administrator, | ) |
| | ) Doc. No.: |
| Plaintiff, | ) |
| vs | ) Related to Doc. No.:  4, 5, 7 |
| | ) |
| REINHART FOODSERVICE LLC, | ) Hearing Date: |
| | ) |
| Defendant. | ) Hearing Time: |
| | ) |

### ORDER ON MOTION REQUESTING REISSUANCE OF SUMMONS AND RESETTING OF INITIAL CASE DEADLINES

Upon consideration of the *Motion Requesting Reissuance of Summons and Resetting of Initial Case Deadlines*, filed by Albert's Capital Services, LLC, as the Plan Administrator (the "Plan Administrator") of the Chapter 11 bankruptcy of Unique Venture Group, LLC, and the Court having considered the motion, and good and sufficient cause appearing therefore, it is HEREBY:

**ORDERED**, that the Clerk reissue the Summons forthwith and

**ORDERED**, that the answer date set for January 22, 2019, and the pretrial conference scheduled for February 7, 2019, be rescheduled for dates consistent with the reissue date of the Summons in this matter.

Dated: January 14, 2019

BY THE COURT:

_____
JUDGE THOMAS P. AGRESTI