**Form 165**

**UNITED STATES BANKRUPTCY COURT**    12
**WESTERN DISTRICT OF PENNSYLVANIA**    vson

In re:                                              Bankruptcy Case No.: 17–20526–TPA
Unique Ventures Group, LLC    **Debtor(s)**        Chapter: 11
                                                                        Adversary Proceeding No.: 18–02249–TPA

Albert's Capital Services, LLC, as Plan Administrator
     **Plaintiff(s)**
**vs.**
Reinhart Foodservice, L.L.C.
     **Defendant(s)**

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within **Complaint, Summons and First Pretrial Order** by (describe the mode of service):




on the defendant(s) at (List names and addresses here):




Executed on _____         _____
                   (Date)                                                 (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)