# Notice Recipients

District/Off: 0315–2 | User: vson | Date Created: 1/18/2019
Case: 18–02249–TPA | Form ID: 315 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Ross M Babbitt     rbabbitt@babbitt–lawfirm.com

TOTAL: 1