Form 165

**UNITED STATES BANKRUPTCY COURT**  12
**WESTERN DISTRICT OF PENNSYLVANIA**  vson

In re:  
Unique Ventures Group, LLC   **Debtor(s)**

Bankruptcy Case No.: 17−20526−TPA  
Chapter: 11  
Adversary Proceeding No.: 18−02249−TPA

Albert's Capital Services, LLC, as Plan Administrator  
   **Plaintiff(s)**  
**vs.**  
Reinhart Foodservice, L.L.C.  
   **Defendant(s)**

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __18th__ day of __January__, __2019__, I served a copy of the within **Complaint, Summons and First Pretrial Order** by (describe the mode of service):

   U.S. Mail first class, postage prepaid

on the defendant(s) at (List names and addresses here):

   REINHART FOODSERVICE LLC,  
   226 East View Drive  
   Mt. Pleasant, PA  15666-1036

Executed on __01/21/19__                          __/s/ Ross M. Babbitt__  
                  (Date)                                                 (Signature)

Ross M. Babbitt, 1382 West 9th Street, Suite 220, Cleveland, Ohio  44113  
(Type Name and Mailing Address of Person Who Made Service)