FILED
2/19/19 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| UNIQUE VENTURES GROUP, LLC, | ) | Case No. 17-20526-TPA |
| | ) | |
| Debtor, | ) | Chapter 11 |
| | ) | |
| | ) | The Honorable Thomas P. Agresti |
| | ) | |
| ALBERT'S CAPITAL SERVICES, LLC, | ) | Adv. Proc. No. 18-02249-TPA |
| | ) | |
| Plaintiff, | ) | Related to Doc. Nos. 4, 14 |
| | ) | |
| vs | ) | |
| | ) | |
| REINHART FOODSERVICE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

And now, this __19th__ day of February, 2019, upon consideration of the Motion for Extension of Time to File Answer to Amended Complaint, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED. The Defendant shall have until March 21, 2019, to file an Answer or other responsive pleading to the Plaintiff's Amended Complaint filed as Document No. 4.

It is further ORDERED, ADJUDGED, and DECREED that the Pre-Trial Conference currently scheduled for February 28, 2019, at 10:00 a.m., is rescheduled to the *4th* day of *April*, 2019, at *10:00* a.m. at the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

_____ vas
Judge Thomas P. Agresti
United States Bankruptcy Judge