# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: culy | Date Created: 2/19/2019 |
| Case: 18−02249−TPA | Form ID: pdf900 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty     Ross M Babbitt          rbabbitt@babbitt−lawfirm.com
aty     Samuel C. Wisotzkey     swisotzkey@kmksc.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Albert's Capital Services, LLC, as Plan Administrator     200 Dinsmore Avenue     Pittsburgh, PA 15205
dft     Reinhart Foodservice, L.L.C.     226 East View Drive     Mt. Pleasant, PA 15666−1036
ust     Office of the United States Trustee     Liberty Center.     1001 Liberty Avenue, Suite 970     Pittsburgh, PA 15222

TOTAL: 3