Case 18-02249-TPA    Doc 19    Filed 03/28/19    Entered 03/28/19 15:19:59    Desc Main
Document      Page 1 of 2

FILED
3/28/19 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-20526-TPA |
| UNIQUE VENTURES GROUP, LLC, ) | |
| ) | Chapter 11 |
| Debtor, ) | |
| ) | JUDGE THOMAS P. AGRESTI |
| ) | |
| ALBERT'S CAPITAL SERVICES, LLC, as ) | Adv. No: 18-02249-TPA |
| Plan Administrator, ) | |
| ) | Related to Doc. Nos. 4, 18 |
| Plaintiff, ) | |
| vs ) | |
| ) | |
| REINHART FOODSERVICE, L.L.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ON MOTION REQUESTING COURT APPROVAL OF SETTLEMENT OF ADVERSARY PROCEEDING

Upon consideration of the *Motion Requesting Court Approval of Settlement of Adversary Proceeding*, filed by Albert's Capital Services, LLC, as the Plan Administrator (the "Plan Administrator") of the Chapter 11 bankruptcy of Unique Venture Group, LLC, and the Court having considered the motion, and good and sufficient cause appearing therefore, it is HEREBY:

**ORDERED**, that terms not defined herein shall have the meanings ascribed to them in the Motion; and it is further

**ORDERED**, that the relief sought by Plan Administrator in its Motion is hereby granted; and it is further

**ORDERED**, that the Settlement Agreement and all terms therein attached to the Motion are approved by the Court including specifically (1) that the defendant is to pay a lump sum of $15,000 to the Plaintiff in full settlement of the claims at issue in this adversary proceeding within 30 days of the Court's entry of this Order, (2) that the parties to this proceeding agree to the complete release of any claims between them save for any debts owed to Defendant and scheduled as undisputed, any claim previously allowed by this Court, and Defendant's 502(h) claim arising out of this settlement; and it is further

**ORDERED**, that this matter is dismissed subject to this Court's retention of jurisdiction over the enforcement of the Settlement Agreement; and it is further

**ORDERED**, that the Plan Administrator is authorized to disburse to special counsel for the plaintiff in this matter the attorney fee of $6,000 which represents a 40% contingent fee of the settlement amount per the terms of special counsel's engagement.

Dated: March 28, 2019

BY THE COURT:

_____
JUDGE THOMAS P. AGRESTI

vas

The Clerk shall close
   this Adversary